## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JIMMY D. STEVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-13-1375-HE |
| | ) | |
| STATE OF OKLAHOMA, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Plaintiff Jimmy D. Stevens, a prisoner appearing *pro se*, filed this action pursuant to 42 U.S.C. § 1983. Consistent with 28 U.S.C. § 636(b)(1)(B), this matter was referred for initial proceedings to Magistrate Judge Charles B. Goodwin. Because plaintiff's filings were deficient and largely illegible, on January 3, 2014, Judge Goodwin instructed plaintiff to cure his deficiencies and file a legible amended complaint no later than February 3, 2014. That deadline passed without further submissions by plaintiff. Judge Goodwin then issued a Report and Recommendation recommending that the complaint be dismissed for failure to comply with the court's orders. Objections to the magistrate judge's report and recommendation were due by March 5, 2014.

Plaintiff, having failed to object to the report and recommendation, has waived his right to review of the factual and legal issues it addressed. United States v. 2121 E. 30th St., 73 F.3d 1057, 1059 (10th Cir. 1996); *see also* 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)).

Accordingly, the Report and Recommendation [Doc. #8] is **ADOPTED**, and the complaint is **DISMISSED** without prejudice.

    **IT IS SO ORDERED**.

Dated this 7th day of March, 2014.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE